IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 26 AM 9:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civ. No. <u>04-2446-B/P</u> |
| STRYKER CORPORATION, | ) | |
| Defendant. | ) | |

**ORDER VACATING JULY 19, 2005 ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On July 19, 2005, the court entered an order granting plaintiff's Motion for Leave to File Second Amended Complaint (dkt #44). The motion was granted on the basis that, according to the court's records, the defendant had not filed a response as required under Local Rule 7.2(a)(2). However, subsequent to the court entering that order, the defendant informed the court that it had, in fact, timely filed a response on July 12, 2005, but that apparently the response was not docketed in the Clerk's Office. Therefore, the court's July 19 order is hereby VACATED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

Date July 22, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05

(47)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02446 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Gregory J. Vogler
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Timothy J. Malloy
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Sharon A. Hwang
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT