IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SMITH & NEPHEW, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>STRYKER CORPORATION and )<br>HOWMEDICA-OSTEONICS )<br>CORPORATION )<br>)<br>Defendants. | Civil Action No. 04–2446 |

ORDER AMENDING ORDER ADMINISTRATIVELY CLOSING CASE (DOC. 48)

Plaintiff Smith & Nephew, Inc. has filed a motion advising the Court that the settlement referred to in the Order Administratively Closing Case previously entered on September 27, 2005 (Doc. 48), has not been consummated within the 30-day period allowed by that Order, but that the parties are optimistic that settlement can be consummated within an additional 30-day period. Plaintiff's motion further states that the parties have conferred regarding this matter in conformity with Local Rule 7, and that defendants do not oppose the grant of an additional 30 days for that purpose.

It is therefore ORDERED that the Order Administratively Closing Case previously entered on September 27, 2005 (Doc. 48) is amended to provide that the 30 day period referred to therein is extended to 60 days from the entry of that Order. All other provisions of said Order remain unchanged.

523954.2

_____
U.S. DISTRICT JUDGE

10/28/05
_____
DATE OF SIGNATURE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02446 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Timothy J. Malloy
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Sharon A. Hwang
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Gregory J. Vogler
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT