FILED BY _____ O.C.

05 NOV 29 AM 10: 00

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SMITH & NEPHEW, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04–2446 |
| | ) |
| STRYKER CORPORATION and | ) |
| HOWMEDICA-OSTEONICS | ) |
| CORPORATION | ) |
| | |
| Defendants. | |

~~[PROPOSED]~~
ORDER REOPENING CASE

Plaintiff Smith & Nephew, Inc. has filed a motion advising the Court that the reported settlement referred to in the Order Administratively Closing Case previously entered on September 27, 2005 (Doc. 48), has not been consummated within the 60-day period allowed by that Order, as subsequently amended (Doc. 50). That Order is therefore vacated and this case is administratively reopened. The Court will set a status conference by subsequent Order.

_____
U.S. DISTRICT JUDGE

11/28/05
DATE OF SIGNATURE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-29-05

526153.1

(52)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02446 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Gregory J. Vogler
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Sharon A. Hwang
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Timothy J. Malloy
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Honorable J. Breen
US DISTRICT COURT