UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY ___ D.C.

05 DEC -2 PM 4: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South. Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
### Before Judge J. Daniel Breen, United States District Judge

December 2, 2005

RE:   **2:04CV2446-B**
      ***Smith & Nephew, Inc., v. Stryker Corporation & Howmedica-Osteonics Corp.***

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **SET** before **Judge J. Daniel Breen** on **THURSDAY, DECEMBER 15, 2005** at **4:00 P.M.** to be held in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

Counsel wishing to participate by telephone my do so by calling Chambers **(901) 495-1312**.

Counsel should be prepared to discuss the readiness of this case for trial, including the status of discovery and pending motions, with a view toward the prompt setting of the trial date. In addition, counsel should be prepared to discuss their views as to the value of a settlement conference in this case.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: *Taffy Elchlepp*
Taffy Elchlepp
Case Manager to Judge J. Daniel Breen
901-495-1238



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CV-02446 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Gregory J. Vogler
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Timothy J. Malloy
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Sharon A. Hwang
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT