IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SMITH & NEPHEW, INC., : | |
| : | Civil Action No. CV 04-2446-B/P |
| Plaintiff, : | |
| v. : | The Honorable J. Daniel Breen |
| : | |
| STRYKER CORPORATION and : | |
| HOWMEDICA OSTEONICS CORP., : | |
| : | |
| Defendants. : | |
| ───────────────────────── x | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties hereto having advised the Court that they have resolved the matters between them and agreed to entry of this Order as indicated by the signature of their respective counsel below,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All claims set forth herein including those in the Complaint and the Counterclaims thereto are dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees incurred in connection with this matter.

_____
J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-14-05



STIPULATED, APPROVED & CONSENTED TO:

_/s/ Mark Vorder-Bruegge, Jr._

Mark Vorder-Bruegge, Jr.
Wyatt, Tarrant & Combs, LLP
P.O. Box 775000
Memphis, TN 38177-5000
901-537-1069
Attorneys for Plaintiff

_/s/ Mark Vorder-Bruegge, Jr. for_

Susan Cahoon
Kilpatrick Stockton LLP
1100 Peachtree St., Suite 2800
Atlanta, GA 30309
404-815-6500
Attorneys for Plaintiff

_/s/ Charles Newman_

Charles Newman
Burch, Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
Attorneys for Defendants

_/s/ Gregory J. Vogler By CFN_

Gregory J. Vogler
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
312-775-8000
Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CV-02446 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Gregory J. Vogler
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Timothy J. Malloy
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Sharon A. Hwang
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Timothy J. Malloy
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Sharon A. Hwang
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Gregory J. Vogler
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Honorable J. Breen
US DISTRICT COURT