UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 19 PM 12: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SMITH & NEPHEW, INC.,

      Plaintiff,

v.

STYKER CORPORATION and
HOWMEDICA OSTEONICS CORPORATION,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04cv2446-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulated Dismissal With Prejudice entered on December 14, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/19/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_Carline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CV-02446 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Timothy J. Malloy
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles F. Newman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Sharon A. Hwang
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Gregory J. Vogler
MCANDREWS HELD & MALLOY, LTD.
500 West Madison St.
34th Floor
Chicago, IL 60661

Honorable J. Breen
US DISTRICT COURT